# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2874SD

_____

United States of America,                    *
                                              *
            Appellee,                         *
                                              *
    v.                                        *
                                              *
Marat Movsesyants,                            *
                                              *
            Appellant.                        *

_____                    Appeals from the United States
                               District Court for the District
No. 98-2878SD                  of South Dakota.

_____                       [UNPUBLISHED]

United States of America,                    *
                                              *
            Appellee,                         *
                                              *
    v.                                        *
                                              *
Armen Atayants,                               *
                                              *
            Appellant.                        *

_____

No. 98-2879SD

_____

United States of America,                    *
                                              *
            Appellee,                         *

                                          *
            v.                            *
                                          *
Ivan Kovalev,                             *
                                          *
            Appellant.                    *
            _____

            No. 98-2880SD
            _____

United States of America,                 *
                                          *
            Appellee,                     *
                                          *
      v.                                   *
                                          *
Alex Nagorniuk,                           *
                                          *
            Appellant.                    *
                          _____

                  Submitted: March 9, 1999
                       Filed: March 18, 1999
                          _____

Before FAGG, LAY, and WOLLMAN, Circuit Judges.
                          _____

PER CURIAM.

      Marat Movsesyants, Armen Atayants, Ivan Kovalev, and Alex Nagorniuk
(collectively the appellants) appeal their convictions on felony charges related to a
motor vehicle theft ring.  We affirm.

The appellants raise several contentions related to the sufficiency of the evidence supporting their convictions. We reject all of these contentions. First, the record contains substantial evidence to support the jury's verdicts. Second, we conclude the district court did not commit reversible error in denying the motions for dismissal of the indictment, for severance, for judgment of acquittal, and for new trial, or in instructing the jury about the conspiracy. Third, the appellants' assertions that the government failed to reveal exculpatory evidence and the district court improperly admitted evidence against all of the coconspirators are either unsupported by the record, otherwise without legal merit, or both.

Having carefully reviewed the record, we are satisfied the district court correctly resolved each of the appellants' claims and an extended opinion by this court would have no precedential value. We thus affirm the appellants' convictions. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

-3-